

**U.S. Department of Justice**
United States Attorney

*Eastern District of Missouri*
*Southeastern Division*

| | |
|---|---|
| Rush Limbaugh, Sr. U.S. Courthouse<br>555 Independence Street, 3rd Floor<br>Cape Girardeau, MO 63703 | Telephone: (573) 334-3736<br>Fax: (573) 335-2393 |

July 19, 2023

Ms. Jessica Carter, Deputy Clerk
United States District Court
555 Independence, 2nd Floor
Cape Girardeau, MO 63703

  Re: **United States v. Demarcus Turner et al**
     **Case No. 1:23CR00099SNLJ**

Dear Ms. Carter:

  The above indictment returned by the United States Grand Jury in the above-captioned case on July 11, 2023 was ordered suppressed pending the apprehension of the defendant named therein.

  We are now informed that defendants have been taken into custody by the United States Marshal and, therefore, the suppression of the indictment may be lifted. It is therefore requested that such be done.

          Sincerely,

          SAYLER A. FLEMING
          UNITED STATES ATTORNEY

          Christopher Shelton
          Assistant United States Attorney

CCS:at